

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-15-00115-CV

Gerald **VERGOTT**,
Appellant

v.

**BIRDY APARTMENTS, LLC**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV00393
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on March 2, 2015. On that same date, the clerk of the court notified appellant in writing that the appellate record did not reflect payment of the $195 filing fee nor any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant was also notified that the record did not contain a docketing statement.

It is therefore ORDERED appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court